Isaac & Jennifer Goble
32612 Donnelly St.
Garden City, MI 48135
www.isaacgoble.com



jennifer@isaacgoble.com
Make checks payable to
Jennifer Goble or
Zelle payments 248-607-2422

**25-1347**
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

**ARELIOUS REED**
1515 Fort St #96
Lincoln Park  MI  48146

Attention:

| | |
|---|---|
| **Serve** | |
| Citizens Bank | |
| *Svc Address* | |
| 40600 Ann Arbor Rd St 201 Plymouth Mi 48170 | |

Special Instructions

By Delivering To: **REPORT**
Traci Gregory, Ct Corp

| Date Served | Time | Telephone |
|---|---|---|
| Fri, Feb 28, 2025 | 1:00 PM | |

Del Address
40600 Ann Arbor Rd St 201 Plymouth Mi 48170

| Sex | Race | Age | Height | Weight | Hair |
|---|---|---|---|---|---|
| FEMALE | WHITE | 48 | 5'8 | 200 | BLOND |

COMMENTS, ATTEMPTS, ETC...

| Process Server | Hearing/Expiration Date |
|---|---|
| Noah Goble | |
| SUMMONS AND COMPAINT | Your File Number |

RE:  Civil Action No.  2:25-CV-10561
Arelious Reed
vs:
Citizens Bank

## BILLING

| | |
|---|---|
| Personal Service | $75.00 |
| Substituted Service | |
| Incorrect Address Attempt | |
| Field Relocate | |
| Rush Fee | |
| Time | |
| Deliveries'Filings' Errands | |
| Notary Fee | |
| Additional Proofs | |
| Affidavit of Attempt | |
| PPO | |
| Advance Costs | |
| (Witness Fees, Writs, Etc...) | |
| Photos | |
| Credit Card Fee | |
| Printing Fee | |
| Postal Check | |
| Mileage | |

Terms: DUE UPON RECEIPT    Past Due Balances Subject To
Interest Of 2 % Per Month

PLEASE PAY THIS AMOUNT     $0.00

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:25-cv-10561
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Citizens Bank
was received by me on *(date)* 2/28/25

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Traci Gregory, CT CORP R/A, who is designated by law to accept service of process on behalf of *(name of organization)* Citizens Bank 40600 Ann Arbor rd, #201 Plymouth, MI 48170 on *(date)* 2/28/25 at 1:00pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/1/25

Noah Goble
*Server's signature*

Noah Goble, process server
*Printed name and title*

32612 Donnelly Garden City, MI 48135
*Server's address*

Additional information regarding attempted service, etc: