UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ARELIOUS REED

        PLAINTIFF,        CASE NO. 2:25-cv-10561

V.                      HONORABLE JUDGE: Mark A. Goldsmith

                          MAGISTRATE JUDGE: Elizabeth A. Stafford


CITIZENS BANK

        DEFENDANT.

*A. Reed*

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025, a true and correct copy of the Plaintiff's Request for Clerk's Entry of Default pursuant to Federal Rules of Civil Procedure Rule 12 and Request for Clerk's Entry of Default Judgment pursuant to Federal Rules of Civil Procedure Rule 55(b) and E.D. Mich. LR 55.2, filed with the Clerk office of the United States District Court Eastern District of Michigan by the CM/ECF system and was served upon the Defendant Citizens Bank, registered agent by FedEx at 40600 Ann Arbor Road Ste. 201 Plymouth, MI 48170.

Respectfully submitted,

X  A. Reed

Plaintiff ARELIOUS REED
1515 Fort Street Unit 96
Lincoln Park, MI 48146
(616) 560-1211
Email: reedarel@gmail.com
