UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Arelious Reed [E-Filer],

            Plaintiff(s),

v.                                                  Case No. 2:25-cv-10561-MAG-EAS
                                                    Hon. Mark A. Goldsmith
Citizens Bank,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Citizens Bank

    The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                              KINIKIA D. ESSIX, CLERK OF COURT

                              By: s/ S. Schoenherr
                                  Deputy Clerk

Dated:  March 24, 2025