UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Arelious Reed [E−Filer],

        Plaintiff(s),

v.                        Case No. 2:25−cv−10561−MAG−EAS
                           Hon. Mark A. Goldsmith

Citizens Bank,

        Defendant(s).

**NOTICE OF DENIAL OF REQUEST
FOR CLERK'S ENTRY OF DEFAULT JUDGMENT**

A Clerk's Entry of Default Judgment as to Citizens Bank has been requested pursuant to Fed. R. Civ. P. 55(b)(1). The Clerk's Entry of Default Judgment will not be entered for the following reason(s):

- The requested amount cannot be verified in accordance with LR 55.2

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ S. Schoenherr
Deputy Clerk

Dated:   March 24, 2025