# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARELIOUS REED**

        **PLAINTIFF,**　　　　　**CASE NO. 2:25-cv-10561**

**V.**　　　　　　　　　　**HONORABLE JUDGE: Mark A. Goldsmith**

　　　　　　　　　　　　**MAGISTRATE JUDGE: Elizabeth A. Stafford**

**CITIZENS BANK**

        **DEFENDANT.**

*/s/ A. Reed*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2025, a true and correct copy of the Plaintiff's Request for Clerk's Entry of Default Judgment pursuant to Federal Rules of Civil Procedure Rule 55(b) and E.D. Mich. LR 55.2, with Exhibit A, filed with the Clerk office of the United States District Court Eastern District of Michigan by the CM/ECF system and was served upon the Defendant Citizens Bank, registered agent by United States Postal Service by certified mail at 40600 Ann Arbor Road Ste. 201 Plymouth, MI 48170.

Respectfully submitted,

X  A. Reed

Plaintiff ARELIOUS REED
1515 Fort Street Unit 96
Lincoln Park, MI 48146
(616) 560-1211
Email: reedarel@gmail.com